September 14, 2005

Mr. Craig A. Morgan
Law Offices of Craig A. Morgan
718 Sunfish
Austin, TX 78734

Honorable Robert Vargas
County Court at Law No. 1
901 Leopard, Suite 701
Corpus Christi, TX 78401
Mr. David T. Bright
Watts Law Firm, L.L.P.
555 North Carancahua, Suite 1400
Corpus Christi, TX 78748-0801

RE: Case Number: 05-0696
 Court of Appeals Number: 13-05-00521-CV
 Trial Court Number: 04-61218-1

Style: IN RE FORD MOTOR COMPANY

Dear Counsel:

 Today the Supreme Court of Texas granted in part and denied in part
Relator's Supplemental Motion for Temporary Emergency Relief and issued the
enclosed stay order in the above-referenced case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosures
|cc:|Mr. Van Huseman |
| |Ms. Deborah J. |
| |Bullion |
| |Mr. Ernest M. |
| |Briones |
| |Ms. Cathy Wilborn |